**Opinion issued September 19, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00552-CR

———————————

## IN RE BRIAN EDWARD PRESTON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Brian Edward Preston, incarcerated and proceeding pro se, has filed a petition for writ of mandamus. Relator seeks issuance of a writ to compel respondent, the Honorable Bard Hart, to order the district attorney to provide

"Proofs of Claims" and to rule on a "Motion for Grand Jury Transcripts and Information on Legally Impaneled Jurors."[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.3(j), (k)(1), 52.7(a)(1), 52.8(a).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Massengale.

---

[1] The underlying proceeding is *Brian Edward Preston v. The State of Texas*, cause number 468249, in the 230th District Court of Harris County, Texas, the Honorable Brad Hart presiding.